IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| ERIC NEUER, doing business as Prairie Pointe Orthodontics, P.A., on behalf of himself and all those similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>FUTUREDONTICS, INC.,<br><br>Defendant. | Case No. 14-2569-CM-TJJ |

## STIPULATION OF DISMISSAL

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), the parties hereby stipulate to dismissal of Plaintiff's individual claims and allegations against Defendant with prejudice. To the extent Plaintiff's Complaint alleged claims on behalf of a putative class against Defendant, such class action claims and allegations are dismissed without prejudice. Each party is to bear their own costs and attorney's fees.

Dated: February 19, 2015

Respectfully submitted,

WOOD LAW FIRM, LLC

By  /s/ *Ari N. Rodopoulos*
Noah K. Wood                    KS #23238
noah@woodlaw.com
Ari N. Rodopoulos              KS #26585
ari@woodlaw.com
1100 Main Street, Suite 1800
Kansas City, MO 64105-5171
T: (816) 256-3582
F: (816) 337-4243

Attorneys for Plaintiff

SPENCER FANE BRITT & BROWNE, LLP

By   /s/ *Joshua C. Dickinson*
    Joshua C. Dickinson      KS Bar #20632
    jdickinson@spencerfane.com
    1000 Walnut, Suite 1400
    Kansas City, MO 64106
    T: (816) 474-8100
    F: (816) 474-3216

Attorneys for Defendant